In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-556 CR


____________________



PERCY EDWARD WALTERS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Court Cause No. 90156






MEMORANDUM OPINION


 Percy Edward Walters pled guilty in Cause No. 90156 to burglary of a building. 
See Tex. Pen. Code Ann. § 30.02 (Vernon 2003). The plea agreement called for the
sentence in Cause No. 90156 to run concurrently with that in Cause No. 90157. At the
sentencing hearing, the trial court pronounced that the sentence in Cause No. 90156 would
run consecutively with the sentences in Cause Nos. 89235 and 89344, and that the
sentences in Cause Nos. 90156 and 90157 would run concurrently. Yet the written
judgment recites "Terms of Plea Agreement" as follows: "This sentence will run
concurrently with cause(s) 89235, 89344, and consecutively with cause(s) 90157." The
judgment also states, "This sentence shall run consecutive to the case specified below" but
no case is specified.

 Appellant asks that the judgment be reformed to correctly reflect the trial court's
sentence in open court. The State concedes there is a clerical error in the judgment and
the judgment should be reformed. An appellate court may correct and reform a trial court
judgment to make the judgment "congruent with the record." St. Julian v. State, 132
S.W.3d 512, 517 (Tex. App.--Houston [1st Dist.] 2004, pet. ref'd); Nolan v. State, 39
S.W.3d 697, 698 (Tex. App.--Houston [1st Dist. 2001, no pet). Accordingly, we reform
the judgment to reflect that the sentences in Cause Nos. 90156 and 90157 shall run
concurrently, and the sentence in Cause No. 90156 shall run consecutively with Cause
Nos. 89344 and 89235. See Tex. R. App. P. 43.2(b). Appellant's issue is sustained. The
judgment is affirmed as reformed.

 AFFIRMED AS REFORMED.

 PER CURIAM


Submitted on November 1, 2004

Opinion Delivered November 10, 2004

Do Not Publish


Before McKeithen, C.J., Burgess, and Gaultney, JJ.